NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER W. HUNT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1607, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Peter W. Hunt moves for an extension of time to file his opening brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

2                               HUNT v. SHINSEKI


     The motion is granted.  Mr. Hunt's brief is accepted for filing.  The appellee should calculate the due date for his brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21